Jerry Victor, Appellant, v. Bertram J. Lange, Respondent.

Concur — Stevens, J. P., Eager, Capozzoli, McNally and Bastow, JJ.